# Order

Michigan Supreme Court
Lansing, Michigan

January 9, 2009

Marilyn Kelly,
Chief Justice

137323

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                                SC: 137323
                                                                 COA: 271412
                                                                 Washtenaw CC: 05-001539
TYREE DYSHAWN BROOKS,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 31, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009                                _____
                                                                              Clerk